UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAHMEAN JACKSON, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 5:23-cv-2622 |
| : | |
| ZEP MANUFACTURING; : | |
| ZEP, INC.; and EXPRESS : | |
| EMPLOYMENT PROFESSIONALS, : | |
|     Defendants. : | |

_____

# O R D E R

**AND NOW**, this 19th day of March, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Express's Motion to Compel Arbitration, ECF No. 5, is **GRANTED**.

2. Zep's Motion to Compel Arbitration, ECF No. 14, is **GRANTED**.

3. Jackson is **DIRECTED** to promptly submit all of his claims to binding arbitration pursuant to the terms of the Agreement.

4. The above-captioned action is **STAYED** pending the outcome of the arbitration.

5. The parties are to jointly submit a status report to the Court on **the first day of each month, commencing on May 1, 2024, and every other month thereafter**, to report on the status of the arbitration proceedings, including but not limited to the date scheduled for the arbitration hearing(s).

6. **Within thirty days of the completion of the arbitration proceedings**, the parties are directed to notify the Court that the arbitrations have concluded and that the above-captioned action is ready to proceed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge